IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CHERIE COOPER,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

          Defendant.

Case No. 6:11-cv-06276-CL

**ORDER**

PANNER, District Judge.

On the stipulation of the parties (#22), it is hereby ordered that the Commissioner's final decision is reversed and this matter is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). On remand, a new ALJ will conduct a *de novo* hearing. Plaintiff may raise any issue. The ALJ is free to reconsider any determination, but shall specifically evaluate the opinion of Robin Rose, M.D., regarding plaintiff's exertional and non-exertional limitations; reevaluate plaintiff's residual functional capacity and credibility, and continue the sequential evaluation process, obtaining vocational expert testimony if warranted.

IT IS SO ORDERED.

DATED this ____9____ day of August, 2012.

OWEN M. PANNER
United States District Judge

Page 1 – ORDER